■ EASTBROOK, INC., et al., Respondents, v CARLOS C. PENICHE et al., Defendants, and COOPERS & LYBRAND, Appellant. [642 NYS2d 502] —Order, Supreme Court, New York County (Walter Schackman, J.), entered February 14, 1994, unanimously affirmed for the reasons stated by Schackman, J., without costs and disbursements. No opinion. Concur—Murphy, P. J., Rubin, Kupferman, Ross and Tom, JJ.